**Electronically Filed
Intermediate Court of Appeals
CAOT-12-0000643
24-JUL-2012
08:33 AM**

NO. CAOT-12-0000643

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ARWIN R. ECHINEQUE, Petitioner-Appellant, v
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 10-1-0066; CR. NO. 06-1-1633)

ORDER DISMISSING WITHOUT PREJUDICE
PETITIONER-APPELLANT'S COMPLAINT FILED ON
JULY 17, 2012 AND APPELLATE COURT CASE NUMBER CAOT-12-0000643
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the complaint that Petitioner
Arwin E. Echineque (Petitioner Echineque) filed on July 17, 2012,
in the Hawai'i Intermediate Court of Appeals in appellate court
case number CAOT-12-0000643, the papers in support, and the
records and files herein, it appears that Petitioner Echineque's
July 17, 2012 complaint is not part of an appeal from S.P.P. No.
10-1-0066 or Criminal No. 06-1-1633, but, instead, Petitioner
Echineque's July 17, 2012 complaint purports to invoke original

jurisdiction in the Hawai'i Intermediate Court of Appeals for the purpose of asserting causes of action arising out of alleged personal injuries and alleged civil rights violations. Pursuant to HRS § 602-57 (Supp. 2011), the Intermediate Court of Appeals does not have original jurisdiction to address the issues that Petitioner Echineque raises in his July 17, 2012 complaint. Therefore,

IT IS HEREBY ORDERED that Petitioner Echineque's July 17, 2012 complaint in appellate court case number CAOT-12-0000643 is dismissed without prejudice to Petitioner Echineque presenting his arguments in a complaint that Petitioner Echineque files in a circuit court or a district court. Appellate court case number CAOT-12-0000643 is dismissed in its entirety.

DATED: Honolulu, Hawai'i, July 24, 2012.


Presiding Judge

Associate Judge

Associate Judge